# EXHIBIT "F"

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCOIS E. DURMAZ (aka MAHMUT E. DURMAZ), ROBERT C. PRIBILSKI, USA RETIREMENT MANAGEMENT SERVICES (aka USA FINANCIAL MANAGEMENT SERVICES, INC.),<br><br>Defendants.<br><br>And<br><br>SIBEL INCE, MEHMET KARAKUS, MARLALI GAYRIMENKUL YATIRIMLARI, MARLALI PROPERTY INVESTMENT COMPANY, LLC, GULEN ENTERPRISES, INC.,<br><br>Relief Defendants. | CASE NO. CV 10-1689- JST (AJWx)<br><br>**ORDER GRANTING RECEIVER'S MOTION TO ESTABLISH CLAIMS PROCEDURE AND BAR DATE FOR FILING CLAIMS** |

The Motion of Stephen J. Donell, Permanent Receiver, to Establish a Claims Procedure and Bar Date ("Motion"), having been filed with this Court and having been duly noticed and served upon all interested parties, the Court having reviewed

IDOCS:13326.7:1063559.1
ORDER GRANTING RECEIVER'S MOTION TO ESTABLISH CLAIM PROCEDURE

1  the Receiver's Motion, and good cause appearing therefore.
2      1.    IT IS HEREBY ORDERED:
3          The claims procedure proposed by Stephen J. Donell, Permanent
4  Receiver ("Receiver") in the Motion is approved and the Receiver is authorized and
5  directed to do the following:
6          (a)    Prepare claims forms and notices of the claims procedure in the
7  form and style substantially as set forth in Exhibits "A" and "B" attached to the
8  Motion;
9          (b)    To cause to be mailed by United States mail, postage prepaid, to
10 all known investors and creditors of USA Retirement Management Services (a.k.a.
11 USA Financial Management Services, Inc.) and all entities controlled by defendant
12 Francois E. Durmaz and Robert C. Pribilski, including Marlali Property Investment
13 Company, LLC and their subsidiaries and affiliates (collectively "USA") copies of
14 the claim form and notice;
15         (c)    To cause to be published, once a week, for two consecutive
16 weeks, in the Chicago Sun-Times and Los Angeles Daily Journal notice of the
17 claims procedure in substantially the form set forth in Exhibit "C" attached to the
18 Motion. Additionally, the Receiver shall post information regarding the claims
19 procedure, along with claim forms available for downloading, on the Receiver's
20 website at www.fedreceiver.com;
21         (d)    Upon receipt of claims forms from claimants, to make a list of
22 the claims he proposes to accept and of the claims he proposes to reject;
23         (e)    To serve upon those claimants whose claims he proposes to
24 reject because of insufficient documentation or incorrect accounting, a notice of
25 insufficient documentation or incorrect accounting. Such claimants shall have
26 fifteen (15) calendar days from the mailing of the notice of insufficient
27 documentation or incorrect accounting to provide the Receiver with further
28 documentation to support their claim or a revised claim; and

1      (f)    After the Receiver has reviewed all claims and made a determination as to which claims he will accept and which claims he will reject, in whole or in part, he shall serve upon those persons whose claims he proposes to reject, a notice of rejection, briefly stating the reasons for rejection of the claim.

    2.    THE COURT FURTHER ORDERS:

    (a)    All creditors or other persons whose claims are rejected in whole or in part by the Receiver shall have twenty-one (21) days after the mailing of the notice of rejection to serve an objection to the Receiver's recommendation on the Receiver, who will assemble all such obligations, along with whatever reply the Receiver deems appropriate, in a single document which shall be filed with the Court.

    (b)    The notices of rejection served by the Receiver shall contain a notice informing claimants of the deadline to object to the Receiver's recommendations. The Court will hear all objections to the Receiver's recommendations at a hearing on the Receiver's claims recommendations.

    (c)    All persons with claims or demands against USA, whether due or not yet due, contingent, unliquidated, or sounding only in damages, shall make and present their claims, on the Court approved claim form, to the Receiver at the address and in the manner specified in said form and in the notice of claims procedure. All claims must be presented to the Receiver on or before ninety (90) days from the entry of this Order.

    (d)    All persons failing to make and present claims and proof to the Receiver, on or before ninety (90) days from the entry of this Order, shall be forever barred from participating in any distribution of the assets of the receivership estate.

////
///
///
///

1          (e)    The Receiver is authorized and directed to pay from the receivership estate all costs he may incur in printing or otherwise reproducing the claim forms and notices, mailing the claim forms and notices, and advertising the claims procedure.

DATED: September 28, 2010

**JOSEPHINE STATON TUCKER**
HON. JOSEPHINE STATON TUCKER
United States District Court Judge