# EXHIBIT "C"



## Receiver's Final Accounting Report

Stephen J. Donell, Receiver
12121 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025

| | |
|---|---|
| **Case Number:** | CV 10-1689 GW (AJWx) |
| **Case Name:** | Securities and Exchange Commission |
| | v. Francois E. Durmaz, Robert C. Pribilski, & USA Retirement Mgmt Services |
| **Cumulative Period:** | March 9, 2010 - November 30, 2017 |

| Description | Cumulative Period 3/9/10-11/30/17 |
|---|---|
| **CASH RECEIPTS:** | |
| Cicero Rents | 39,225.50 |
| Naperville Rent | 13,650.00 |
| Aurora Rent | 17,490.00 |
| Interest Income | 1,248.61 |
| Catarino Reyes, Back Rent Payments | 2,671.24 |
| Forfeiture of Security Deposits | 2,712.50 |
| Maintenance Supplies- Void Check | 12.61 |
| Corp USA Refund | 387.91 |
| Gas Company Refund | 2,459.36 |
| Nicor Gas Refund | 123.69 |
| City of Aurora Refund | 225.70 |
| ComEd Refund | 206.96 |
| EDD Tax Overpayment | 233.48 |
| HSBC Funds Turned Over | 461.61 |
| File Retrieval Fees | 4,331.37 |
| Donna Nelson Invoice Payment | 1,350.00 |
| Mattie Rose A/R Payment | 100.00 |
| EDD, State of IL, Refund | 136.27 |
| EDD, State of CA, Refund | 167.41 |
| Tax Return Refunds | 393.32 |
| Cook County Deed Recorder Refund | 5.00 |
| City of Naperville Refund | 17.23 |
| Nationwide Insurance Premium | 1,776.00 |
| FEMA Flood Insurance Premium Refund | 1,373.00 |
| State Farm Premium Refund | 210.95 |
| American Family Insurance Refund | 2,092.88 |
| Employers- Workers Comp Ins Refund | 9,069.10 |
| Physicians Mutual Insurance Commission | 271.62 |
| Chase Acct 0342, Funds Turnover | 29.18 |
| Property Tax Refund, Overpayment | 4,525.75 |
| Canon Rebate Check | 10.00 |
| PNA Mortgage Escrow Funds- Return | 13,510.32 |
| Profit Settlement Payments | 63,000.00 |
| Sales Proceeds- Auction | 22,279.57 |
| Sales Proceeds-Buick | 2,000.00 |
| Sales Proceeds-Audi | 23,000.00 |
| Sale Proceeds- Cicero Property | 386,848.37 |
| Sale Proceeds- Aurora Property | 137,328.49 |
| Earnest Money-Aurora Property | 10,000.00 |
| Fund Turnover-Francois Mahmut Durmaz | 11,955.79 |
| Fund Turnover-Robert Pribilski | 31,844.72 |
| Fund Turnover-Marlali Property Inv. Co. | 38,573.36 |
| Fund Turnover-Sibel, Inc. | 6,457.03 |
| Fund Turnover-US Financial | 86,946.58 |
| Total receipts | 940,712.48 |

**EXHIBIT "C" - Page 45**

**CASH DISBURSEMENTS:**

| | |
|---|---:|
| Petty Cash- Cortland | |
| Contract Security | 625.00 |
| Insurance | 6,103.00 |
| Transfer Stamps | 834.00 |
| Administrative Expense | 12,588.37 |
| Advertising | 10,106.41 |
| Felton Mortgage | 32,583.73 |
| Landscaping | 567.50 |
| Snowplowing | 4,100.00 |
| Janitorial | 617.50 |
| Repairs/Maintenance | 32,672.30 |
| Carpet Cleaning | 250.00 |
| Fire Equipment | 124.00 |
| Painting Supplies | 865.19 |
| Maintenance Supplies | 244.14 |
| Storage Expense | 3,586.86 |
| Legal Fees | 132,144.83 |
| Locks & Keys | 764.69 |
| Payroll Expense | 13,400.64 |
| Postage/Delivery | 3,976.01 |
| Bank Charge | 519.21 |
| State/Federal Taxes | 3,275.00 |
| Utilities | 13,707.21 |
| Utility Deposit | 25.00 |
| Accounting Fees | 144,608.41 |
| Leasing Fees | 2,050.00 |
| Professional fees | 88,079.70 |
| Property Management Fee | 13,083.24 |
| Receiver's Bond | - |
| Receiver fees | 331,712.64 |
| Receiver costs | 15,868.52 |
| Total disbursements | 869,083.10 |
| | |
| (Decrease)/Increase in Cash | 71,629.38 |
| Cash-Beginning of period | - |
| Cash-End of period | 71,629.38 |

**OUTSTANDING EXPENSES:**

| | |
|---|---:|
| Receiver Fees & Costs | 34,321.27 |
| Legal Fees & Costs | 19,566.13 |
| Accounting Fees & Costs | 17,741.98 |
| Total Outstanding Expenses | 71,629.38 |
| | |
| Ending Balance | (0.00) |

Page 2of2

**EXHIBIT "C" - Page 46**