_____
### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:10-cv-01689-JLS-AJW                                     Date: August 02, 2018
Title: Securities and Exchange Commission v. Francois E. Durmaz et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER (1) FOR RECEIVER TO FILE BILLING RECORDS; AND (2) CONTINUING RECEIVER'S MOTION FOR FINAL ACCOUNTING & COMPENSATION (Doc. 111)**

　　Before the Court is the Receiver Stephen J. Donnell's renewed Motion for Final Accounting & Compensation.  (Doc. 111.)  At a hearing held February 9, 2018, the Court denied the Receiver's first motion for final accounting, in part, because the Receiver failed to file billing records detailing the fees and costs incurred since the Court's most recent interim fee approval.  Counsel for the Receiver assured the Court that the failure was an "oversight" that would be remedied.

　　Again, however, the Receiver has failed to file these records in connection with the instant Motion.  Therefore, the Receiver is ORDERED to file billing records, both for himself and his professionals, within **ten (10) days** of the date of this Order.  Moreover, the hearing on the Motion is CONTINUED to September 21, 2018, at 2:30 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  tg

_____